Wear Fine Cloak Co., Inc., Respondent, v. Lothair H. Szerlip, Individually and as Executor, etc., of Edward Samuels, Deceased, Appellant.— Order

* Affd., 263 N. Y. 522.

affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

BENJAMIN F. KAUFFMAN, Respondent, v. THE E. F. HAUSERMAN COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.